**Scott Oborne, OSB #062333**
obornes@jacksonlewis.com
**Mark A. Crabtree, OSB #015070**
crabtreem@jacksonlewis.com
Jackson Lewis, LLP
806 SW Broadway, Ste. 400
Portland, OR 97205
(503) 229-0404
(503) 229-0405 (facsimile)
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CV '09 1047 AA

| | |
|---|---|
| JESSICA WETHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., a Delaware Corporation<br><br>Defendant. | Case No.: _____<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Pursuant to Federal Rule of Civil Procedure 7.1 |

CORPORATE DISCLOSURE STATEMENT - 1

Jackson Lewis LLP
Jackson Tower
806 SW Broadway, Ste. 400
Portland, OR 97205
(503) 229-0404
(503) 229-0405 (fax)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant NETFLIX, INC., hereby certifies that it is not owned by any parent corporation nor does any publicly held corporation own 10% or more of its stock.

Date: September __1__, 2009

JACKSON LEWIS LLP

By: _____
Scott Oborne, OSB #062333
Mark A. Crabtree, OSB #015070
Attorneys for Defendant
Netflix, Inc.

CORPORATE DISCLOSURE STATEMENT - 2

Jackson Lewis LLP
Jackson Tower
806 SW Broadway, Ste. 400
Portland, OR 97205
(503) 229-0404
(503) 229-0405 (fax)

<u>DECLARATION OF SERVICE</u>

**CASE:**     Jessica Wethington v. Netflix, Inc.

**CASE NO.:**

**CLIENT:**    136758

I, Jeffrey B. Meade, declare that I am employed with the law firm of Jackson, Lewis, LLP, whose address is 806 SW Broadway, Ste. 400, Portland OR 97205; I am over the age of eighteen (18) years and am not a party to this action.

On September 1st, 2009, I served the attached **CORPORATE DISCLOSURE STATEMENT** in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

> Scott N. Hunt
> Busse & Hunt
> 621 SW Morrison, Suite 521
> Portland, OR 97205

[XX]  <u>BY MAIL</u>: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Portland Oregon.

[ ]   <u>BY HAND DELIVERY</u>: I caused such envelope(s) to be delivered by hand to the above named addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of American and the state of Oregon that the foregoing is true and correct.

Executed on September 1st, 2009, at Portland, Oregon.

_____
Jeffrey B. Meade