**Scott Oborne, OSB #062333**
obornes@jacksonlewis.com
**Mark Crabtree, OSB #015070**
crabtreem@jacksonlewis.com
Jackson Lewis, LLP
806 SW Broadway, Ste. 400
Portland, OR 97205
(503) 229-0404
(503) 229-0405 (facsimile)
**ATTORNEYS FOR DEFENDANT**

FILED '09 SEP 02 13:46 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JESSICA WETHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: CV '09 1047 AA<br><br>**DECLARATION OF ALLISON HOPKINS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

I, Allison Hopkins, hereby declare:

1.   I am currently the Vice President of Human Resources for Netflix, Inc. I have personal knowledge of the facts contained in this declaration and if called upon to testify about the veracity of the statements contained in this declaration, I could and would do so.

///

///

///

DECLARATION OF
ALLISON HOPKINS - 1

Jackson Lewis LLP
806 SW Broadway, Ste. 400
Portland, OR 97205
(503) 229-0404
(503) 229-0405 (fax)

2.  Netflix, Inc. is a corporation organized and existing under the laws of the State of Delaware. Netflix Inc.'s principal place of business is Los Gatos, California.

Executed this 1st day of September, 2009 in Los Gatos. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ALLISON HOPKINS

DECLARATION OF
ALLISON HOPKINS - 2